**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **FILO Systems, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0501921** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1754 N. Washington St** <br> **Unit 128 B** <br> **Naperville, IL 60563** <br> Number, Street, City, State & ZIP Code | **PO Box 239** <br> **Montgomery, IL 60538** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **FILO Systems, Inc.**                                                    Case number (*if known*) _____
          Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____                          Relationship _____

District _____   When _____   Case number, if known _____

---

Debtor   **FILO Systems, Inc.**

Name

Case number (*if known*) _____

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                   Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.   Insurance agency _____

               Contact name _____

               Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **FILO Systems, Inc.**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 26, 2018**
                        MM / DD / YYYY

X **/s/ William Joseph Brown** _____          **William Joseph Brown** _____
Signature of authorized representative of debtor                Printed name

Title   **President** _____

**18. Signature of attorney**

X **/s/ Jon Dowat** _____                Date **January 26, 2018** _____
Signature of attorney for debtor                                MM / DD / YYYY

**Jon Dowat 6284536**
Printed name

**Thinking Outide the Box, Inc.**
Firm name

**40 Shuman Blvd**
**Suite 320**
**Naperville, IL 60563**
Number, Street, City, State & ZIP Code

Contact phone   **630-225-9840**          Email address   **thinkingoutside@comcast.net**

**6284536**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **FILO Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 26, 2018**     X **/s/ William Joseph Brown**

                                          Signature of individual signing on behalf of debtor

                                          **William Joseph Brown**

                                          Printed name

                                          **President**

                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **FILO Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $      **219,660.93**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **219,660.93**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **407,880.92**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **800,371.84**

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b      $      **1,208,252.76**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FILO Systems, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **West Suburban Bank** | **Checking** | 1598 | $1,950.30 |
| 3.2. | **West Suburban Bank** | **Chekcking** | 1571 | $217.56 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $2,167.86
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Miscellaneous security deposits** | $7,350.00 |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **FILO Systems, Inc.**                              Case number *(If known)* _____
          Name

| 9. | **Total of Part 2.** | | | $7,350.00 |
|---|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 1,750.00 | - | 0.00 | = .... | $1,750.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 4,995.00 | - | 0.00 | = .... | $4,995.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 162,658.41 | - | 0.00 | = .... | $162,658.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 158.00 | - | 0.00 | = .... | $158.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,950.00 | - | 0.00 | = .... | $2,950.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,750.00 | - | 0.00 | = .... | $1,750.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,100.00 | - | 0.00 | = .... | $1,100.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 5,050.00 | - | 0.00 | = .... | $5,050.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 565.49 | - | 0.00 | =.... | $565.49 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 345.00 | - | 0.00 | =.... | $345.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 9,059.00 | - | 0.00 | =.... | $9,059.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **FILO Systems, Inc.**                                    Case number *(If known)* _____
         Name

| 11b. Over 90 days old: | 13,662.36 | - | 0.00 | =.... | $13,662.36 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 350.00 | - | 0.00 | =.... | $350.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $204,393.26 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** **Office equipment, including computers and software, and furniture.** | $0.00 | | Unknown |

| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* |
|---|---|

| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* |
|---|---|

| 31. | **Farm and fishing supplies, chemicals, and feed** |
|---|---|

| 32. | **Other farming and fishing-related property not already listed in Part 6** |
|---|---|

| 33. | **Total of Part 6.** | $0.00 |
|---|---|---|
| | Add lines 28 through 32.  Copy the total to line 85. | |

34.    **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

| Debtor | **FILO Systems, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ■ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ■ No.  Go to Part 8.
   - ☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ■ No.  Go to Part 9.
   - ☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   - ■ No.  Go to Part 10.
   - ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ■ No.  Go to Part 11.
   - ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No.  Go to Part 12.
   - ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **FILO Systems, Inc.**                                    Case number *(If known)* _____
          Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Leasehold improvements** _____          **$5,749.81**

---

78.    **Total of Part 11.**                                             **$5,749.81**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **FILO Systems, Inc.**                                        Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,167.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,350.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $204,393.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,749.81 | |
| 91. **Total.** Add lines 80 through 90 for each column | $219,660.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $219,660.93 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **FILO Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

| 2.1 | **West Suburban Bank** | | $166,911.14 | $377,819.00 |
|---|---|---|---|---|

Creditor's Name

**711 S. Meyers Road**
**Lombard, IL 60148**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Business loan secure by Primary residence of FILO president.  Residence located at 16 Chippewa Drive, Oswego, IL 60543**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**01/27/2017**

**Last 4 digits of account number**
**6631**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **West Suburban Bank** | | $240,969.78 | $377,819.00 |
|---|---|---|---|---|

Creditor's Name

**711 S. Meyers Road**
**Lombard, IL 60148**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Business loan secured by Primary residence of FILO president.  Residence located at 16 Chippewa Drive, Oswego, IL 60543**

**Describe the lien**

**Line of credit**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**01/27/2017**

**Last 4 digits of account number**
**6658**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **FILO SYSTEMS, Inc.**                                     Case number (if know) _____
          Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$407,880.92** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **FILO Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**A C Cartage Inc.**
**1702 East Line Road**
**Searcy, AR 72143-9308**

Date(s) debt was incurred _
Last 4 digits of account number **7788**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**A H Royal Trucking LLC**
**3531 Knerr Drive**
**Macungie, PA 18062**

Date(s) debt was incurred _
Last 4 digits of account number **8048**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**A J Transport of IL Inc.**
**3916 Sunset Avenue**
**Markham, IL 60428**

Date(s) debt was incurred _
Last 4 digits of account number **8185**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**AAA Expedited Services LLX**
**9374 Remick Avenue**
**Arleta, CA 91331**

Date(s) debt was incurred _
Last 4 digits of account number **7706**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            37391            Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**

AB Lines Inc.
2021 Vanderbilt Court
Naperville, IL 60565

Date(s) debt was incurred _

Last 4 digits of account number  8153

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.6** | **Nonpriority creditor's name and mailing address**

AC Express Inc.
1146 Harbor Ct.
Glendale Heights, IL 60139

Date(s) debt was incurred _

Last 4 digits of account number  7634

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.7** | **Nonpriority creditor's name and mailing address**

Accurate Transcportation Inc.
1655 Eastgate Parkway
Gahanna, OH 43230

Date(s) debt was incurred _

Last 4 digits of account number  8168

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.8** | **Nonpriority creditor's name and mailing address**

Act-On
121 SW Morrison St.
Suite 1600
Portland, OR 97204

Date(s) debt was incurred _

Last 4 digits of account number  FILO Systems

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing automation software**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.9** | **Nonpriority creditor's name and mailing address**

Advance Trucking Solutions Inc.
1216 Cardiff Blvd.
Mississauga, Ontario
Canada

Date(s) debt was incurred _

Last 4 digits of account number  5556

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.10** | **Nonpriority creditor's name and mailing address**

Advanced Logistix Corp
4705 N Sonora Avenue
Suite 112A
Fresno, CA 93722

Date(s) debt was incurred _

Last 4 digits of account number  7486

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$475.00**

---

**3.11** | **Nonpriority creditor's name and mailing address**

AGA- Express LLC
6874 Lansing Road
Charlotte, MI 48813

Date(s) debt was incurred _

Last 4 digits of account number  7629

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

| Debtor | FILO SYSTEMS, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00**

**Agape Trucking RVT, LLC**
**1592 E 236th St**
**Arcadia, IN 46030**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7206__

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **$525.00**

**Alan V Smith and Jane E Smith**
**N2249 490th St.**
**Maiden Rock, WI 54750**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6047__

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **$450.00**

**All State Enterprise Inc.**
**1051 E Main Street**
**Suite 105**
**Dundee, IL 60118**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7650__

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **$1,000.00**

**All State Enterprise Inc.**
**1051 E Main Street**
**Suite 105**
**Dundee, IL 60118**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8187__

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **$3,080.00**

**Always Reliable Transport LLC**
**386 Chicopee Street**
**Chicopee, MA 01013**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7470__

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **$275.00**

**Always There Express Corporation**
**20W538 Elizabeth Drive**
**Downers Grove, IL 60516**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7742__

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **$4,990.00**

**AM Trans Expedite Inc.**
**710 W. Belden Avenue**
**Suite B**
**Addison, IL 60101**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,650.00**

Ameri Transport Inc.
438 Oask Street
Des Plaines, IL 60016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7948**

Basis for the claim: **Shipping services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,906.93**

American Express
P.O. Box 0001
Los Angeles, CA 90096

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business credit card**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$760.00**

American Singh Transportation LLC
7882 Americana Circle
Apt. #103
Glen Burnie, MD 21060

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7505**

Basis for the claim: **Shipping services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,030.00**

American United Carrier Inc.
1871 Fox Run Drive #B
Elk Grove Village, IL 60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7601**

Basis for the claim: **Shipping services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00**

AMG Freight LLC
3167 Cleveland Avenue
Columbus, OH 43224

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7295**

Basis for the claim: **Shipping services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00**

Amina Trans LLC
52 Merrick St.
West Springfield, MA 01089

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7973**

Basis for the claim: **Shipping services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,950.00**

Arax Logistics, Inc.
12439 Magnolia Blvd.
Unit 171
Valley Village, CA 91607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7886**

Basis for the claim: **Shipping services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Arm Mex Trans Inc.**
**2629 Townsgate Road**
**Suite 235**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7320**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Ava Transportation Group Inc.**
**1704 Chalmette Court**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **8006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.50 |
|---|---|---|---|

**B&P Trucking Inc.**
**12980 Michigan Road**
**Plymouth, IN 46563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7289**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Baenen Dairy LLC**
**4527 Champion Road**
**New Franken, WI 54229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **8019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,940.00 |
|---|---|---|---|

**Baylor Trucking Inc**
**9269 E State Road 48**
**Milan, IN 47031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **9906**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**Best Truck Line Inc.**
**611 Sycamore Lane**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7861**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**BH Trans Inc**
**1425 West Ray Street**
**Indianapolis, IN 46221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7887**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,360.00 |
|---|---|---|---|

**Big A Logistics LLC**
**527 West Montgomery Avenue**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8005**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Bing Logistics Inc**
**401 N Baltimore Avenue**
**Apt. S**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7994**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Black Lion Transport Corp**
**547 N Front Street**
**Reading, PA 19601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7979**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Blast Transport Inc.**
**296 N. Addison Road**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8087**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,175.00 |
|---|---|---|---|

**Blue Ice Logistics Inc**
**1851 Haaz Way**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7743**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**BMS Trucking LLC**
**453 Vista Drive**
**Easton, PA 18042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8123**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**BNT Transport LLC**
**5270 Victoria Lane 103**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8161**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00**

**Bohren Logistics**
**325 N Taylor Road**
**Garrett, IN 46738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7995**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00**

**Bongo Express**
**4217 Gold Ridge Way**
**Antelope, CA 95843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/27/17**

Last 4 digits of account number  **7771**

Basis for the claim:  **Shiping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00**

**Booker Transportation Services LLC**
**2495 Clover Field Drive**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7025**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$685.00**

**Buckeye Bros LLC**
**17630 S. Waterloo Road**
**Cleveland, OH 44119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6593**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,038.56**

**Capital One**
**P.O. Box 742138**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9861**

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Cargo Solution Express Inc.**
**14587 Valley Blvd**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7939**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**Cargo Speed Corp**
**8416 98 Street**
**Woodhaven, NY 11421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number  **7133**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,900.00** |
|---|---|---|---|

**Cargotrans International Corp**
**143 Beeline Drive**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **7643**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$535.00** |
|---|---|---|---|

**Carolina Transportation Inc**
**120 Dogwood Road**
**Suite C**
**Candler, NC 28715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **7580**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Carrier Management Inc.**
**869 Trace Drive 204**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **8047**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Cathay Logistics LLC**
**218 Machlin Ct.**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **7777**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**CDN Logistics Inc.**
**317 W Lake Street**
**Northlake, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **6525**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,367.52** |
|---|---|---|---|

**Chase Bank**
**PO Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **6267**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**CHP Global Inc.**
**1112 W. Boughton Road**
**Unit 255**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Shipping services__

**Last 4 digits of account number** **8211**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $334.88 |
| --- | --- | --- | --- |

**CINTAS**
**P.O. Box 88005**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Work uniforms and apparel**

Last 4 digits of account number  **0026**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
| --- | --- | --- | --- |

**Circle Logistics Inc.**
**4808 Kroemer Road**
**Suite 204**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8219**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
| --- | --- | --- | --- |

**CNA Freight LLC**
**1130 Van Buren Blvd. 364**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8210**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,610.00 |
| --- | --- | --- | --- |

**Complete Trucking Inc.**
**4206 Shirley Lane**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
| --- | --- | --- | --- |

**Comrade Transport Inc**
**7007 SE 385th Ct.**
**Washougal, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8067**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |
| --- | --- | --- | --- |

**Continental Logistics Services Inc.**
**9550 W. Sergo Drive**
**Suite 104**
**McCook, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
| --- | --- | --- | --- |

**Contran Services LLC**
**8506 Potts Lane**
**Seaford, DE 19973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8164**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.61** | **Nonpriority creditor's name and mailing address**

**Convoy Inc**
5503 W 47th St
Forest View, IL 60638

Date(s) debt was incurred _

Last 4 digits of account number **8057**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,200.00**

---

**3.62** | **Nonpriority creditor's name and mailing address**

**Coram Logistic Inc.**
6918 Trinity Place
Rancho Cucamonga, CA 91701

Date(s) debt was incurred _

Last 4 digits of account number **8209**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$800.00**

---

**3.63** | **Nonpriority creditor's name and mailing address**

**Cross Nation Trans**
7710 Limonite Avenue
Suite E
Riverside, CA 92509

Date(s) debt was incurred _

Last 4 digits of account number **7030**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,700.00**

---

**3.64** | **Nonpriority creditor's name and mailing address**

**Crystal Way Inc.**
324 S. Budler Road
Romeoville, IL 60446

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$860.00**

---

**3.65** | **Nonpriority creditor's name and mailing address**

**CTC Group Corp**
14007 S Bell Road 227
Homer Glen, IL 60491

Date(s) debt was incurred _

Last 4 digits of account number **8197**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,200.00**

---

**3.66** | **Nonpriority creditor's name and mailing address**

**CTS Transit Inc**
575 Tollgate Road
Suite A
Elgin, IL 60123

Date(s) debt was incurred _

Last 4 digits of account number **8134**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,200.00**

---

**3.67** | **Nonpriority creditor's name and mailing address**

**D O C Transportation Inc.**
14641 Whit Tram Ave.
Fontana, CA 92335

Date(s) debt was incurred _

Last 4 digits of account number **7654**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,700.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**DAB Trucking Services Company**
**1407 Caton Farm Rd**
**Lockport, IL 60441**

Date(s) debt was incurred __

Last 4 digits of account number  **7481**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Dandridge Truck Lines Inc**
**11205 Lebanon Road**
**Unit 388**
**Mount Juliet, TN 37122**

Date(s) debt was incurred __

Last 4 digits of account number  **8199**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Dave Auerbach LLC**
**125 Castle Road**
**Secaucus, NJ 07094**

Date(s) debt was incurred __

Last 4 digits of account number  **7523**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Day and Night Express Inc**
**10085 Mosteller Lane**
**West Chester, OH 45069**

Date(s) debt was incurred __

Last 4 digits of account number  **8035**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**DDD Transportation LLC**
**129 West Dudleytown Road**
**Bloomfield, CT 06002**

Date(s) debt was incurred __

Last 4 digits of account number  **7380**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$535.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**DDM Logistics, Inc.**
**155 Stirling Lane**
**Schaumburg, IL 60194**

Date(s) debt was incurred  **10/27/2017**

Last 4 digits of account number  **7254**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**DDM Logistics, Inc.**
**155 Stirling Lane**
**Schaumburg, IL 60194**

Date(s) debt was incurred  **10/27/2017**

Last 4 digits of account number  **7255**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

**DDM Logistics, Inc.**
**155 Stirling Lane**
**Schaumburg, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2017**

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7256**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**DDM Logistics, Inc.**
**155 Stirling Lane**
**Schaumburg, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2017**

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7261**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Delight Trucking LLC**
**4130 E Saxony Drive SE**
**Grand Rapids, MI 49508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Delta Freight Inc.**
**8631 W. Summerdale Avenue**
**Apt. 3**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8038**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Delta Logistics Inc**
**9835 SW Commerce Circle**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Desi Boys Trans Inc.**
**1714 Bennigan Drive**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7758**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Dhillon Express Inc.**
**8201 Rebekah Ct.**
**Sacramento, CA 95829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8059**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|
| **Dimaslogistic Inc.** | ☐ Contingent | |
| **1298 Cranbrook Drive** | ☐ Unliquidated | |
| **Schaumburg, IL 60193** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number  8115 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|
| **Direct Transport Solutions Inc.** | ☐ Contingent | |
| **11500 North Rodney Parham Road** | ☐ Unliquidated | |
| **Suit 15** | ☐ Disputed | |
| **Little Rock, AR 72212** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|
| **Discount Movers, Inc.** | ☐ Contingent | |
| **2996 Manchester Road** | ☐ Unliquidated | |
| **Manchester, MD 21102** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,450.00 |
|---|---|---|
| **DMA Services Inc.** | ☐ Contingent | |
| **309 Hopi Ct.** | ☐ Unliquidated | |
| **Carol Stream, IL 60188** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|
| **DMN Transport Inc.** | ☐ Contingent | |
| **436 W 75th Street** | ☐ Unliquidated | |
| **Downers Grove, IL 60516** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number  7292 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|
| **Doaba Logistics LLC** | ☐ Contingent | |
| **3759 Pleasantbrook Drive** | ☐ Unliquidated | |
| **Hilliard, OH 43026** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number  8129 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|
| **Dondodi Trucking LLC** | ☐ Contingent | |
| **2816 Morris Avenue** | ☐ Unliquidated | |
| **Suite 10** | ☐ Disputed | |
| **Union, NJ 07083** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Shipping services__ | |
| Last 4 digits of account number  7755 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.89** | **Nonpriority creditor's name and mailing address**
Dun & Bradstreet
P.O. Box 742138
Los Angeles, CA 90074-2138

Date(s) debt was incurred _

Last 4 digits of account number  **5656**

As of the petition filing date, the claim is: *Check all that apply.*   **$24,895.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Credit reporting services.  Disputed claim: FILO
Systems did not agree to automatically renew these services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**
E and L Express Inc.
1844 E Walnut Street
Suite A
Pasadena, CA 91107

Date(s) debt was incurred _

Last 4 digits of account number  **7988**

As of the petition filing date, the claim is: *Check all that apply.*   **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
Eagle GC Inc.
5201 West Woodmill Drive
Wilmington, DE 19808

Date(s) debt was incurred _

Last 4 digits of account number  **7921**

As of the petition filing date, the claim is: *Check all that apply.*   **$2,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
Eastern Consolidation/Distribution
405 Sterling Street
Camp Hill, PA 17011

Date(s) debt was incurred _

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*   **$1,680.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
EH Trucking LLC
2740 Sand Springs
Saint Louis, MO 63129

Date(s) debt was incurred _

Last 4 digits of account number  **7708**

As of the petition filing date, the claim is: *Check all that apply.*   **$2,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
Eli Express LLC
515 River Street
Newport, TN 37821

Date(s) debt was incurred _

Last 4 digits of account number  **7752**

As of the petition filing date, the claim is: *Check all that apply.*   **$1,450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
Elite Refrigerated Express Inc
11976 Autumn Wind Lane
Victorville, CA 92392

Date(s) debt was incurred _

Last 4 digits of account number  **6196**

As of the petition filing date, the claim is: *Check all that apply.*   **$770.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.96**

**Nonpriority creditor's name and mailing address**

**ERO Business Capital**
**813 Ridge Lake Boulevard**
**Memphis, TN 38120**

Date(s) debt was incurred  09/13/2017

Last 4 digits of account number  8828

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**ESO Trucking LLC**
**5425 Pride Mountain Street**
**North Las Vegas, NV 89031**

Date(s) debt was incurred

Last 4 digits of account number  8135

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Estevez Trucking LLC**
**31 Milano Ct.**
**South Hackensack, NJ 07606**

Date(s) debt was incurred

Last 4 digits of account number  8049

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Eva Logitics Inc.**
**10430 Mansfield Avenue**
**Unit 5E**
**Oak Lawn, IL 60453**

Date(s) debt was incurred

Last 4 digits of account number  8117

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Evans Delivery Company Inc.**
**100-110 W. Columbia St.**
**Schuylkill Haven, PA 17972**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Everest Transport, Inc.**
**506 S. Jefferson St.**
**Ossian, IN 46777**

Date(s) debt was incurred

Last 4 digits of account number  6450

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**F5 Express Inc.**
**747 E. Boughton Road 274**
**Bolingbrook, IL 60440**

Date(s) debt was incurred

Last 4 digits of account number  8062

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,100.00**

---

| Debtor | FILO Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00**

**Falcon Transportation LLC**
**56 Parson Street**
**Presque Isle, ME 04769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00**

**Fast Lane Transit Inc.**
**4250 Pennsylvania Avenue**
**Suite 101**
**La Crescenta, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Faze II Ltd.**
**1236 Capitol Drive**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.00**

**FBM Express Inc.**
**2260 Landmeier Road**
**Suite B**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __7689__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,380.00**

**First Carrier, Inc.**
**1471 Meadowsedge Lane**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __5666__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**First Class Carriers, Inc.**
**430 Randy Road**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __8222__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00**

**Five Mountains Transport, Inc.**
**841 Belmar Lane**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping services__

Last 4 digits of account number __7674__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110**  **Nonpriority creditor's name and mailing address**

**Fleet Quest Logistics LLC**
**3056 Eastern Avenue SE**
**Grand Rapids, MI 49548**

Date(s) debt was incurred _

Last 4 digits of account number __7707__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.111**  **Nonpriority creditor's name and mailing address**

**Floyd Inc.**
**4343 Old Grand Avenue**
**Suite 106**
**Gurnee, IL 60031**

Date(s) debt was incurred _

Last 4 digits of account number __7697__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.112**  **Nonpriority creditor's name and mailing address**

**Freedom Lines Transportation Inc.**
**2939 North 72nd Ct.**
**Elmwood Park, IL 60707**

Date(s) debt was incurred _

Last 4 digits of account number __7497__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$610.00**

---

**3.113**  **Nonpriority creditor's name and mailing address**

**Freight Logistics LLC**
**2311 Pimmit Drive #317**
**Falls Church, VA 22043**

Date(s) debt was incurred  __08/30/2017__

Last 4 digits of account number __7489__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$685.00**

---

**3.114**  **Nonpriority creditor's name and mailing address**

**FreightLinx LLC**
**10 Folkstone Ct.**
**North Brunswick, NJ 08902**

Date(s) debt was incurred _

Last 4 digits of account number __8224__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.115**  **Nonpriority creditor's name and mailing address**

**Frimps Trucking LLC**
**627 Bentgrass Drive**
**Aberdeen, MD 21001**

Date(s) debt was incurred _

Last 4 digits of account number __6852__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$930.00**

---

**3.116**  **Nonpriority creditor's name and mailing address**

**G&C Transportation Inc.**
**6816 Cleveland Bay Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number __6418__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FILO SYSTEMS, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00**

**G&Y Transportation LLC**
**1944 Hemlock Road**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8001**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Galvan Boyz Trucking LLC**
**5551 8th Street**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8063**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Geejo Transport LLC**
**213 S. 8th Avenue**
**Highland Park, NJ 08904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8137**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00**

**Gill Trucking Inc.**
**8317 W. 142nd Terrace**
**Overland Park, KS 66223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7137**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**Global Enterprises & Logistics Inc.**
**18851 NE 29th Avnue**
**Suite 700**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7970**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**GLS Group LLC**
**717 Terry Lane**
**Countryside, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7249**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Gold Star Carriers, Inc.**
**180 S. Western Avenue**
**Rte. 31 #276**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7932**

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**Good Source Trucking, Inc.**
**300 S. Dee Road, Apt. 1F**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Gordon Corp**
**51 Sherwood Terrance**
**Unit X**
**Lake Bluff, IL 60044**

Date(s) debt was incurred _

Last 4 digits of account number  **8189**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**GS Express Inc.**
**37 Shepard**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$20,800.00**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**GSV Transportation Inc.**
**1380 W. Mission Blvd.**
**Ontario**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number  **7907**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**GTS Transportation Corporation**
**671 Executive Drive**
**Willowbrook, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number  **5986**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Gulfstream Logistics Inc.**
**8048 W. Charmaine Road**
**Norridge, IL 60706**

Date(s) debt was incurred _

Last 4 digits of account number  **8165**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**H&L Delivery LLC**
**302 Drake Lane**
**Garland, TX 75043**

Date(s) debt was incurred _

Last 4 digits of account number  **7334**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| Debtor | FILO Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,425.00**

Harman Trucking
2330 Duband Avenue Villa
Apt. 10D
Bloomsburg, PA 17815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **5769**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$760.00**

HB Keep Trucking LLC
2368 Seamon Avenue
Apt. 1
Brooklyn, MD 21225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

Henz Transport Group Inc.
2600 S. 25th Avenue
Suite S
Broadview, IL 60155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00**

HH Trucking LLC
514 Victory Avenue
Phillipsburg, NJ 08865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7261**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00**

Highland Dallas Freight Inc.
201 Planters Road #11C
Sunnyvale, TX 75182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7655**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$530.00**

HM Lally Inc
4026 Sutton Ct.
Carpentersville, IL 60110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7370**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$670.00**

Hoosier Freight anf Warehouse LLC
801 S. Emerson Avenue
Indianapolis, IN 46203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number  **7443**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Hoy Trucking LLC**
**3179 Barrows Avenue**
**Bussey, IA 50044**

Date(s) debt was incurred _

Last 4 digits of account number **6411**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.139**

**Nonpriority creditor's name and mailing address**
**Hub Systems, Inc.**
**5240 W 47th Street**
**Office 3, 4**
**Chicago, IL 60638**

Date(s) debt was incurred **09/13/2017**

Last 4 digits of account number **7015**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**Hudson Insurance Company**
**1035 Greenwood Blvd.**
**Suite 265**
**Lake Mary, FL 32746**

Date(s) debt was incurred **09/4/2017**

Last 4 digits of account number **2206**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Surety Bond**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**I&H LLC**
**727 Blackhorse Trail**
**Severn, MD 21144**

Date(s) debt was incurred _

Last 4 digits of account number **7704**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Ideality Inc.**
**18 S. Schoenbeck Road**
**Wheeling, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,600.00**

---

**3.143**

**Nonpriority creditor's name and mailing address**
**IDS Express Inc.**
**22 Troy Lane**
**Lincoln Park, NJ 07035**

Date(s) debt was incurred _

Last 4 digits of account number **7701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.144**

**Nonpriority creditor's name and mailing address**
**Interland Inc.**
**11103 Vista Drive**
**La Grange, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number **6550**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

Debtor    **FILO Systems, Inc.**
_____

Name                                              Case number (if known)  _____

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**IQ Trucking LLC**
**1303 Park Avenue**
**South Milwaukee, WI 53172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8138**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$575.00** |
|---|---|---|---|

**IRR Express Corp.**
**33 Hemlock Drive**
**Port Reading, NJ 07064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8084**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**ITDS Inc.**
**1745 Dreman Street**
**Cincinnati, OH 45223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **7404**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
|---|---|---|---|

**J Anthony Express Inc.**
**55 Industrial Way**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**J O B Transport Inc.**
**2840 N. Peoria Road**
**Apt. 49**
**Springfield, IL 62791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **8017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**JAG Truck Lines Inc.**
**8741 Cottonwood Lane**
**Stockton, CA 95210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**James Boone Trucking Inc.**
**32585 US Highway 90**
**Seminole, AL 36574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping services**

Last 4 digits of account number  **7746**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|
| | **James is Trucking LLC** | ☐ Contingent | |
| | **11576 Cedar Grove Road** | ☐ Unliquidated | |
| | **Marion, IL 62959** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **6721** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **James Transportation LLC** | ☐ Contingent | |
| | **17 Edwards Way** | ☐ Unliquidated | |
| | **Bloomfield, CT 06002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7678** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Jarrod Eldridge** | ☐ Contingent | |
| | **3701 North 22nd Street** | ☐ Unliquidated | |
| | **Harrisburg, PA 17110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7987** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00** |
|---|---|---|---|
| | **Jatinder Singh** | ☐ Contingent | |
| | **10412 SE 186th Place** | ☐ Unliquidated | |
| | **Renton, WA 98055** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **6847** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|
| | **JBR Express LLC** | ☐ Contingent | |
| | **189 Becknell Drive** | ☐ Unliquidated | |
| | **Roebuck, SC 29376** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **4130** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **JD Logistics Trucking Inc.** | ☐ Contingent | |
| | **W226 N825 Eastmound Drive** | ☐ Unliquidated | |
| | **Unit B** | ☐ Disputed | |
| | **Waukesha, WI 53186** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8018** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **JF Freight Express Inc.** | ☐ Contingent | |
| | **302 S. Hicks Road** | ☐ Unliquidated | |
| | **Palatine, IL 60067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7056** | Basis for the claim: **Shipping services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address

**JM Express Inc.**
**1971 Via Tranquilo**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number **8171**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.160** | Nonpriority creditor's name and mailing address

**JNS Trucking Inc.**
**24 Delano Drive**
**Chambersburg, PA 17202**

Date(s) debt was incurred _

Last 4 digits of account number **7960**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.161** | Nonpriority creditor's name and mailing address

**Jose Jesus Sanchez**
**4633 Doddd Street**
**Mira Loma, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number **8159**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.162** | Nonpriority creditor's name and mailing address

**JP Freight Inc.**
**4910 N. Odell Avenue**
**Harwood Heights, IL 60706**

Date(s) debt was incurred _

Last 4 digits of account number **7179**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.163** | Nonpriority creditor's name and mailing address

**JW9 Enterprise Inc.**
**423 Harvard Lane**
**Bartlett, IL 60103**

Date(s) debt was incurred _

Last 4 digits of account number **8079**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

---

**3.164** | Nonpriority creditor's name and mailing address

**Kabs Express Inc.**
**3570 Blendon Bend Way**
**Columbus, OH 43231**

Date(s) debt was incurred _

Last 4 digits of account number **8218**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.165** | Nonpriority creditor's name and mailing address

**Karan Transport Inc.**
**43908 Loganwood Ct.**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number **7751**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.166**

**Nonpriority creditor's name and mailing address**

**KC Logistics Company**
**24829 Woodland Run Place**
**Aldie, VA 20105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.167**

**Nonpriority creditor's name and mailing address**

**KC Trucking LLC**
**9604 Wickstead Court**
**Perry Hall, MD 21128**

Date(s) debt was incurred _

Last 4 digits of account number  **7975**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.168**

**Nonpriority creditor's name and mailing address**

**Kenan Services LLC**
**900 Garden Tree Road**
**Chesapeake, VA 23322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.169**

**Nonpriority creditor's name and mailing address**

**Keystone Lines**
**336 West US HWY 30**
**Suite 201**
**Valparaiso, IN 46385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,515.00**

---

**3.170**

**Nonpriority creditor's name and mailing address**

**KGI Group Inc.**
**1205N. Milwaukee Avenue**
**Suite 211**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number  **7930**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,360.00**

---

**3.171**

**Nonpriority creditor's name and mailing address**

**Kings Eagle Inc.**
**6345 Joliet Road**
**Suite 204**
**La Grange, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number  **7931**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.172**

**Nonpriority creditor's name and mailing address**

**Kit Logistics Inc.**
**4028 Tugwell Street**
**Franklin Park, IL 60131**

Date(s) debt was incurred _

Last 4 digits of account number  **7195**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.00**

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173**

**Nonpriority creditor's name and mailing address**
**Kleinschmidt Inc.**
**P.O. Box 7158**
**Deerfield, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$195.87**

---

**3.174**

**Nonpriority creditor's name and mailing address**
**Knight Riders Trans LLC**
**7178 Claybeck Drive**
**Dayton, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.175**

**Nonpriority creditor's name and mailing address**
**KNM Express Inc.**
**1445 W. Touhy Avenue**
**Unit 6B**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,360.00**

---

**3.176**

**Nonpriority creditor's name and mailing address**
**Kuehl Trucking LLC**
**12961 40th Avenue**
**Chippewa Falls, WI 54729**

Date(s) debt was incurred _

Last 4 digits of account number  **8032**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.177**

**Nonpriority creditor's name and mailing address**
**KZ Inc.**
**306 S. Halsted Street #4N**
**Chicago, IL 60661**

Date(s) debt was incurred _

Last 4 digits of account number  **7333**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.178**

**Nonpriority creditor's name and mailing address**
**L&G Trucking Inc.**
**638 N 10th Street**
**Allentown, PA 18102**

Date(s) debt was incurred _

Last 4 digits of account number  **7233**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.179**

**Nonpriority creditor's name and mailing address**
**Last Chance Transport LLC**
**10913 Alder Avenue**
**Bloomington, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number  **7718**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180**

**Nonpriority creditor's name and mailing address**

**Lawrence Transportation Company**
**1515 Industrial Drive NW**
**Rochester, MN 55901**

**Date(s) debt was incurred** _

**Last 4 digits of account number 8183**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Lechuga Transport Inc.**
**3610 North Shadin Circle**
**San Bernardino, CA 92407**

**Date(s) debt was incurred** _

**Last 4 digits of account number 7926**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Lida Express Inc.**
**2050 N Broadway Street**
**Unit L**
**Crest Hill, IL 60403**

**Date(s) debt was incurred** _

**Last 4 digits of account number 7570**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,350.00**

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Link Logistics Incorporated**
**12 Meadow Trail West**
**DeKalb, IL 60115**

**Date(s) debt was incurred** _

**Last 4 digits of account number 8163**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Losev Trucking LLC**
**167 Cherry Street**
**Suite 416**
**Milford, CT 06460**

**Date(s) debt was incurred** _

**Last 4 digits of account number 8088**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.185**

**Nonpriority creditor's name and mailing address**

**LRD Transport LLC**
**13498 Port Drive**
**Laredo, TX 78045**

**Date(s) debt was incurred** _

**Last 4 digits of account number 7924**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

**3.186**

**Nonpriority creditor's name and mailing address**

**Lucky Transport LLC**
**32 Charlotte Street**
**Carteret, NJ 07008**

**Date(s) debt was incurred** _

**Last 4 digits of account number 8167**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

| Debtor | FILO Systems, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.187** | **Nonpriority creditor's name and mailing address**

**Lucky Way Express Inc.**
**6653W Belmont Avenue**
**Unit 1S**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,290.00**

---

**3.188** | **Nonpriority creditor's name and mailing address**

**Lucky World Inc.**
**2075 Colonial Road**
**Aurora, IL 60503**

Date(s) debt was incurred _

Last 4 digits of account number  **7966**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.189** | **Nonpriority creditor's name and mailing address**

**Lumar Express Inc.**
**1526 Summit Drive**
**Laredo, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number  **5875**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.190** | **Nonpriority creditor's name and mailing address**

**M A M Trucking Services Inc.**
**5079 NW 159 St**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number  **7273**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,125.00**

---

**3.191** | **Nonpriority creditor's name and mailing address**

**M&M Trans Inc.**
**237 River Park North Drive**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number  **7614**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.192** | **Nonpriority creditor's name and mailing address**

**M1 Transport Inc.**
**5118 Sunburst Way**
**Apt. 204**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number  **8193**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.193** | **Nonpriority creditor's name and mailing address**

**M3 Delivery Inc.**
**244 Miner Street**
**Bensenville, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number  **8172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194** | **Nonpriority creditor's name and mailing address**
Magreta Trucking Inc.
9171 Del Prado
Apt. 2E
Palos Hills, IL 60465

Date(s) debt was incurred _

Last 4 digits of account number **7669**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

**3.195** | **Nonpriority creditor's name and mailing address**
Mags Trucking Inc.
2610 Highway 367 South
Cabot, AR 72023

Date(s) debt was incurred _

Last 4 digits of account number **8119**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.196** | **Nonpriority creditor's name and mailing address**
Malwa Transport Ltd.
235 Applewood Avenue
Bloomingdale, IL 60108

Date(s) debt was incurred _

Last 4 digits of account number **6436**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.197** | **Nonpriority creditor's name and mailing address**
Manke Trucking Inc.
777 W Second Street
Pomona, CA 91766

Date(s) debt was incurred _

Last 4 digits of account number **7971**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.198** | **Nonpriority creditor's name and mailing address**
Margen Trucking
1037 W. 130th St.
Cudahy, CA 90201

Date(s) debt was incurred _

Last 4 digits of account number **7822**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.199** | **Nonpriority creditor's name and mailing address**
Mario's Trucking Services Inc.
500 Eastern Avenue
Bensenville, IL 60106

Date(s) debt was incurred _

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,275.00**

---

**3.200** | **Nonpriority creditor's name and mailing address**
Martyn Express Inc.
16557
W. Oneida Drive
Lockport, IL 60441

Date(s) debt was incurred _

Last 4 digits of account number **7582**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.201** | Nonpriority creditor's name and mailing address
**Marvin Keller Trucking Inc.**
**1500 West Pointe Way**
**Sullivan, IL 61951**

Date(s) debt was incurred _
Last 4 digits of account number **7599**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.202** | Nonpriority creditor's name and mailing address
**Mawuli Logistics LLC**
**12 Redwood Court**
**Newark, DE 19711**

Date(s) debt was incurred _
Last 4 digits of account number **8202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$710.00**

---

**3.203** | Nonpriority creditor's name and mailing address
**MDS Trucking V Inc.**
**777 S. Rohlwing Road**
**Addison, IL 60101**

Date(s) debt was incurred _
Last 4 digits of account number **8182**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.204** | Nonpriority creditor's name and mailing address
**Medallion Transport & Logistics LLC**
**701 East Gate Dr.**
**Suite 302**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _
Last 4 digits of account number **7703**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.205** | Nonpriority creditor's name and mailing address
**Medallion Trucking LLC**
**6083 Dexter Street**
**Romulus, MI 48174**

Date(s) debt was incurred _
Last 4 digits of account number **7463**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.206** | Nonpriority creditor's name and mailing address
**Meiborg Brothers Inc.**
**3814 11th Street**
**Rockford, IL 61109**

Date(s) debt was incurred _
Last 4 digits of account number **6494**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.207** | Nonpriority creditor's name and mailing address
**MGM Transport LLC**
**2258 W. Vista Bella Drive**
**Oak Creek, WI 53154**

Date(s) debt was incurred _
Last 4 digits of account number **8136**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

| Debtor | FILO Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.208**

**Nonpriority creditor's name and mailing address**

**MGR Freight Systems Inc.**
**500 West Plainfield Road**
**Countryside, IL 60525**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.209**

**Nonpriority creditor's name and mailing address**

**Michael Hal Transport LLC**
**1308 Rabbit Ridge**
**Cedar Hill, TX 75104**

Date(s) debt was incurred __

Last 4 digits of account number  **8184**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.210**

**Nonpriority creditor's name and mailing address**

**Mid State Systems Inc.**
**9455 Lancaster Road**
**Hebron, OH 43025**

Date(s) debt was incurred __

Last 4 digits of account number  **7555**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$820.00**

---

**3.211**

**Nonpriority creditor's name and mailing address**

**Midwest Freight Express Inc.**
**1500 Midway Court**
**Suite W11**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**

**Mikhail Trucking LLC**
**3503 E Desmet Avenue**
**Spokane, WA 99202**

Date(s) debt was incurred __

Last 4 digits of account number  **7620**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,330.00**

---

**3.213**

**Nonpriority creditor's name and mailing address**

**Milestone Transportation LLC**
**42 Peppermint Drive**
**Lumberton, NJ 08048**

Date(s) debt was incurred __

Last 4 digits of account number  **7953**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.214**

**Nonpriority creditor's name and mailing address**

**Millenium Group Inc.**
**7930 Whitcomb Street**
**Suite A**
**Merrillville, IN 46410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.215**  **Nonpriority creditor's name and mailing address**

MMT Transport Inc.
2250 Landmeier Road
Suite C
Elk Grove Village, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number  8174

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

**3.216**  **Nonpriority creditor's name and mailing address**

Mo Trucking Inc.
21 Picone Blvd.
Farmingdale, NY 11735

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.217**  **Nonpriority creditor's name and mailing address**

Money Transportation Inc.
2325 Ferdinand Lane
Montgomery, IL 60538

Date(s) debt was incurred _

Last 4 digits of account number  5814

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,602.50**

---

**3.218**  **Nonpriority creditor's name and mailing address**

Morgan Express Inc.
P.O. Box 16
Elwin, IL 62532

Date(s) debt was incurred _

Last 4 digits of account number  6985

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.219**  **Nonpriority creditor's name and mailing address**

Morina International Inc.
779 N 9th Avenue
Addison, IL 60101

Date(s) debt was incurred _

Last 4 digits of account number  8065

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.220**  **Nonpriority creditor's name and mailing address**

MS US Inc.
2300 E Higgins Road 201
Elk Grove Village, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number  8106

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

---

**3.221**  **Nonpriority creditor's name and mailing address**

MSD Express Inc.
1452 Eagle Court
Glendale Heights, IL 60139

Date(s) debt was incurred _

Last 4 digits of account number  6733

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.222**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,090.00** |
|---|---|---|
| **Mustang Express LLC**<br>**811 West Coliseum Blvd.**<br>**Fort Wayne, IN 46808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **7840** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.223**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$575.00** |
|---|---|---|
| **Mutersbaugh Trucking Inc.**<br>**2425 Nan Street**<br>**Aurora, IL 60502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/3/2017** | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **7376** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.224**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$425.00** |
|---|---|---|
| **Mutersbaugh Trucking Inc.**<br>**2425 Nan Street**<br>**Aurora, IL 60502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/3/2017** | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **7364** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.225**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|
| **Nagi Group Inc.**<br>**5905 Edelle Drive**<br>**Indianapolis, IN 46237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **6995** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,900.00** |
|---|---|---|
| **Namanagh Inc.**<br>**130 Century Court**<br>**Apt. 01**<br>**Schaumburg, IL 60193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **7997** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |
|---|---|---|
| **National Cargo Carrier LLC**<br>**8020 Bushclover Drive**<br>**Tipp City, OH 45371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **8074** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.228**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|
| **NFAG Transportation LLC**<br>**5962 Zebulon Road**<br>**Suite 331**<br>**Macon, GA 31210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Shipping services** | |
| Last 4 digits of account number  **7047** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**NLN Trucking LLC**
**1053 Hillen Street**
**Suite 2**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8093**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**North American Transportation**
**590 Muskegan Court**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6314**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,124.00**

**Northern Express LLC**
**303 Allen Springs Road**
**Alvaton, KY 42122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7844**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**NSP Transportation Inc**
**1917 Town Drive**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8113**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**NVK Logistics Inc.**
**3036 Orange Grove Avenue**
**North Highlands, CA 95660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7814**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Olawale Adegbenro**
**5939 W Friendly Avenue**
**Apt. 62C**
**Greensboro, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7646**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00**

**OSTT Inc.**
**2932 Burr Street**
**Gary, IN 46406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.236** | **Nonpriority creditor's name and mailing address** | **$4,076.00**

**Outsource Solutions Group**
**1730 Park St**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IT services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **$500.00**

**Pacific Western Transportation Inc.**
**19069 Van Buren Blvd.**
**Suite 114 336**
**Riverside, CA 92508**

Date(s) debt was incurred _

Last 4 digits of account number  **7873**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **$1,300.00**

**Padda Bros LLC**
**312 Bloomfield Drive**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number  **8227**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **$2,800.00**

**Paris Freight Inc.**
**2300 E Higgins Road**
**Suite 316**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number  **7891**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **$750.00**

**Paris Transport Inc.**
**500 West Monroe Street**
**Paris, IL 61944**

Date(s) debt was incurred _

Last 4 digits of account number  **6621**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **$950.00**

**Parwinder Pal Singh**
**1398 Jenner Drive**
**Merced, CA 95348**

Date(s) debt was incurred _

Last 4 digits of account number  **7965**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **$610.00**

**Patriot Carriers Inc.**
**641 Jack Enders Blvd.**
**Berryville, VA 22611**

Date(s) debt was incurred _

Last 4 digits of account number  **7863**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping services__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.00**

Patriot Transport Inc.
450 Kehoe Blvd.
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00**

Perry G Carbaugh Inc.
6945 Rock Hill Road
Waynesboro, PA 17268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number __7911__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Phelps Farms Inc.
11561 State Route 4
Milford Center, OH 43045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number __7802__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

PJ Trans Inc.
1475 Circle Ct.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number __6926__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

Platinum Express Inc.
1728 Vintage Court
Yuba City, CA 95993

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number __7717__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,225.00**

PM Global Inc.
469 W Huron Street
Apt. 1813
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Shipping services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,718.93**

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business credit card__

Last 4 digits of account number __8190__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.250**

**Nonpriority creditor's name and mailing address**

**PNC Bank**
**P.O. Box 3429**
**Pittsburgh, PA 15230**

Date(s) debt was incurred _

Last 4 digits of account number **6452**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$16,567.76**

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Pocono Motor Freight Inc.**
**522 Memorial Blvd.**
**Rt. 611**
**Tobyhanna, PA 18466**

Date(s) debt was incurred _

Last 4 digits of account number **5501**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Powar Bros Transport LLC**
**9820 S. 242nd Pl.**
**Kent, WA 98030**

Date(s) debt was incurred _

Last 4 digits of account number **7898**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,550.00**

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Priority-1 Inc.**
**1800 East Roosevelt**
**Little Rock, AR 72206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$400.15**

---

**3.254**

**Nonpriority creditor's name and mailing address**

**Pro Cargo Express Inc.**
**1846 N Springfield Avenue**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number **7699**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Pro Trans Group LLC**
**2314 Route 59**
**Unit 177**
**Plainfield, IL 60586**

Date(s) debt was incurred _

Last 4 digits of account number **7967**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.256**

**Nonpriority creditor's name and mailing address**

**Progress Freight LLC**
**380 E. Northwest Hwy**
**Suite 250**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number **8186**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257**

**Nonpriority creditor's name and mailing address**
**Propel Trucking Inc.**
**3305 East Main Street**
**Russellville, AR 72802**

Date(s) debt was incurred _
Last 4 digits of account number  **7813**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.258**

**Nonpriority creditor's name and mailing address**
**Pruehs & Associates**
**1754 N Washington St**
**Naperville, IL 60563**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Landlord for office in Naperville, bill for past due utilities.**

Is the claim subject to offset? ■ No ☐ Yes

**$802.38**

---

**3.259**

**Nonpriority creditor's name and mailing address**
**PYH Express Inc.**
**1024 Montego Bay Court**
**Romeoville, IL 60446**

Date(s) debt was incurred _
Last 4 digits of account number  **8025**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.260**

**Nonpriority creditor's name and mailing address**
**QTC Trucking LLC**
**841 Lincoln Avenue**
**Summerville, SC 29485**

Date(s) debt was incurred _
Last 4 digits of account number  **7480**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.261**

**Nonpriority creditor's name and mailing address**
**Quebec Inc.**
**499 Montee des Sloans**
**Sherrington PQ J0L 2N0**
**Canada**

Date(s) debt was incurred _
Last 4 digits of account number  **5710**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.262**

**Nonpriority creditor's name and mailing address**
**Quick Delivery Service Inc.**
**632 Pratt Avenue North**
**Schaumburg, IL 60193**

Date(s) debt was incurred _
Last 4 digits of account number  **7501**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.263**

**Nonpriority creditor's name and mailing address**
**R Lara Trucking Inc.**
**5731 S. Troy Street**
**Chicago, IL 60629**

Date(s) debt was incurred _
Last 4 digits of account number  **6471**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

Rainbow Way Trucking Inc.
303 N New Avenue
Apt. C
Monterey Park, CA 91755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7860**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00**

Rajinder Kaur
3401 Etiwanda Avenue
821A
Mira Loma, CA 91752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7527**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00**

Ralph E. Steiner
N16209 Bruce Mound Avenue
Thorp, WI 54771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7787**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$545.00**

Rapid Transportation Services Inc.
39 Pulaski Road
Calumet City, IL 60409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8044**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

RCX Solutions Inc.
11701 Interstate 30
Suite 300
Little Rock, AR 72209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8034**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

Real Transport Inc.
2030 S. State Street
Suite 2004
Chicago, IL 60616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7310**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

Redline Trucking
620 Rodeo Lane
Bowling Green, KY 42101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8012**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.271**

**Nonpriority creditor's name and mailing address**
**Republix Motor Lines Inc.**
**13007 Crossroads Pwy South**
**City of Industry, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,075.00**

**3.272**

**Nonpriority creditor's name and mailing address**
**Richard McNay Inc.**
**700 N 2nd Street**
**Quincy, IL 62301**

Date(s) debt was incurred _

Last 4 digits of account number  **6806**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

**3.273**

**Nonpriority creditor's name and mailing address**
**Ristic Trucking Inc.**
**200 E. Howard Avenue**
**Suite 296**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number  **7422**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

**3.274**

**Nonpriority creditor's name and mailing address**
**Road Kings Inc.**
**9511 Sunrise Blvd. J19**
**North Royalton, OH 44133**

Date(s) debt was incurred _

Last 4 digits of account number  **8132**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

**3.275**

**Nonpriority creditor's name and mailing address**
**ROC Enterprises Corp**
**550 Techno Lane**
**Apt. 115**
**Memphis, TN 38105**

Date(s) debt was incurred _

Last 4 digits of account number  **7872**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

**3.276**

**Nonpriority creditor's name and mailing address**
**Rokas Company**
**13720 Trafalgar Court**
**Orland Park, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number  **7955**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

**3.277**

**Nonpriority creditor's name and mailing address**
**ROM Trans Inc.**
**300 Elruth Court**
**Suite 107**
**Girard, OH 44420**

Date(s) debt was incurred _

Last 4 digits of account number  **7185**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$910.00**

| Debtor | FILO Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.278**　Nonpriority creditor's name and mailing address

**Roman Medina Trucking LLC**
14751 Gatwick Sq.
Centreville, VA 20120

Date(s) debt was incurred _

Last 4 digits of account number **7999**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.279**　Nonpriority creditor's name and mailing address

**Ronald Dabler Trucking LLC**
215 Pheasant Ridge Circle
Lancaster, PA 17603

Date(s) debt was incurred _

Last 4 digits of account number **8169**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$497.50**

---

**3.280**　Nonpriority creditor's name and mailing address

**Rosava Group Inc.**
P.O. Box 2488
Melrose Park, IL 60164

Date(s) debt was incurred _

Last 4 digits of account number **7134**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.281**　Nonpriority creditor's name and mailing address

**Route 66 Logistics Inc.**
1749 Golf Road
Suite 311
Mount Prospect, IL 60056

Date(s) debt was incurred _

Last 4 digits of account number **8128**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.282**　Nonpriority creditor's name and mailing address

**Roxmel Trucking Company Inc.**
617 Tuckahoe Creek Court
Annapolis, MD 21401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.283**　Nonpriority creditor's name and mailing address

**RP Trucking LLC**
654 New Center Road
Hartselle, AL 35640

Date(s) debt was incurred _

Last 4 digits of account number **7765**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.284**　Nonpriority creditor's name and mailing address

**RRK Trucking Inc.**
12877 Clemson Drive
Corona, CA 92880

Date(s) debt was incurred _

Last 4 digits of account number **7901**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285**

**Nonpriority creditor's name and mailing address**

**RTS Express Inc.**
**870 Winesap**
**Apt. 302**
**Prospect Heights, IL 60070**

Date(s) debt was incurred _

Last 4 digits of account number **7502**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,048.00**

---

**3.286**

**Nonpriority creditor's name and mailing address**

**RVR Transportation Inc.**
**1650 Carmen Drive**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number **8069**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Ryan Logistics Inc.**
**711 Clymer Road**
**Marysville, OH 43040**

Date(s) debt was incurred _

Last 4 digits of account number **7205**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**Ryder Integrated Logistics Inc.**
**11690 NW 105 Street**
**Miami, FL 33178-1103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**S&A Express LLC**
**1701 W. 143rd Street**
**Apt. 317**
**Burnsville, MN 55306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,310.00**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**S&M Professional Trucking Service**
**243 N Duke Street #2**
**Lancaster, PA 17602**

Date(s) debt was incurred _

Last 4 digits of account number **7964**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Sahra Logistics Inc**
**2551 Wild Springs Court**
**Decatur, GA 30034**

Date(s) debt was incurred _

Last 4 digits of account number **8213**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.292**

Nonpriority creditor's name and mailing address
**Savannah Trucking LLC**
**1379 Saxony Square**
**Stone Mountain, GA 30083**

Date(s) debt was incurred _

Last 4 digits of account number **7332**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.293**

Nonpriority creditor's name and mailing address
**SDR Trucking LLC**
**P.O. Box 753608**
**Memphis, TN 38175**

Date(s) debt was incurred _

Last 4 digits of account number **7796**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.294**

Nonpriority creditor's name and mailing address
**Seagate Freight LLC**
**1711 Briercroft Court**
**Suite 140**
**Carrollton, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number **7793**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.295**

Nonpriority creditor's name and mailing address
**Seymon Trucking Inc.**
**1030 Sargon Place**
**Turlock, CA 95382**

Date(s) debt was incurred _

Last 4 digits of account number **8194**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.296**

Nonpriority creditor's name and mailing address
**SG Trucking Inc.**
**3855 Kiefer Avenue**
**Warren, MI 48091**

Date(s) debt was incurred _

Last 4 digits of account number **7043**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,830.00**

---

**3.297**

Nonpriority creditor's name and mailing address
**Shama Express LLC**
**1014 Commerce Drive**
**Grafton, OH 44044**

Date(s) debt was incurred _

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.298**

Nonpriority creditor's name and mailing address
**Shamrock Trucking LLC**
**1996 B Stout Drive**
**Warwick, PA 18974**

Date(s) debt was incurred _

Last 4 digits of account number **7710**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

| Debtor | FILO Systems, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Shawn Rosenberger Incorporated**
**785 Race Track Road**
**Abbottstown, PA 17301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8154**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**Sierra Carriers LLC**
**1029 Delaware Drive**
**Carrollton, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7630**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

**Sims Freightlines Inc.**
**3683 Baldwin Street**
**Portage, IN 46368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Sinar Ivan Flores**
**13185 Bryson Street**
**Arleta, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **8207**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Sky Express Enterprises Inc**
**5947 S. Rockwell Street**
**Chicago, IL 60629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7294**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Skyline Trucking LLC**
**12738 Hampton Club Drive**
**Unit 310**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **6454**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Sloop Inc.**
**3475 S. Cicero Avenue**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number  **7668**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

**Smedema Trucking Inc.**
**102 Karavan Drive**
**Fox Lake, WI 53933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Shipping services**

Last 4 digits of account number **8175**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

**Solco Inc.**
**35 Pine Tree Road**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Shipping services**

Last 4 digits of account number **7397**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00**

**Sopel Transportation Inc.**
**263 S. Clubhouse Drive**
**Unit 403**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Shipping services**

Last 4 digits of account number **7058**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00**

**Southwest Marine and Gen. Ins. Co.**
**412 Mt. Kemble Avenue**
**Suite 300C**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/28/2013**

Basis for the claim: **Surety Bond**

Last 4 digits of account number **3756**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$875.00**

**Speedy Express Co Inc.**
**6372 Marshall Avenue**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Shipping services**

Last 4 digits of account number **7584**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,550.00**

**Splendid LLC**
**1415 E. Dublin Granville Road**
**Suite 217**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Shipping services**

Last 4 digits of account number **7806**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00**

**Sprinter Services Inc.**
**2900 Dixie Avenue SW**
**Grand Rapids, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Shipping services**

Last 4 digits of account number **6073**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**St. Charlie Transport Inc.**
2613 Indiana Avenue
Lansing, IL 60438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7991**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.00 |
|---|---|---|---|

**Star Freight LLC**
2803 Boilermaker Court
Suite 1A
Valparaiso, IN 46383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Star Trucking LLC**
W204 S8290 Pasadena Drive
Muskego, WI 53150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8071**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.96 |
|---|---|---|---|

**Star2Star Communication**
Debt CH 16873
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8592**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,250.00 |
|---|---|---|---|

**Stela Express Inc.**
12137 Rhea Drive
Suite B
Plainfield, IL 60585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**Stronghaul Inc.**
310 Busse Hwy
Unit 358
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7893**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,428.75 |
|---|---|---|---|

**Sullivan, Hincks & Conway**
120 West 22nd Street
Suite 100
Oak Brook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.320**

**Nonpriority creditor's name and mailing address**

**Sunset Pacific Transportation Inc.**
**13875 Norton Avenue**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number **7980**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.321**

**Nonpriority creditor's name and mailing address**

**Super Sonic Solution LLC**
**6640 Pearl Road**
**Apt. 601**
**Cleveland, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number **7772**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.322**

**Nonpriority creditor's name and mailing address**

**SUV Trucking Company**
**5255 Chadbourne Drive**
**Sterling Heights, MI 48310**

Date(s) debt was incurred _

Last 4 digits of account number **7268**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.323**

**Nonpriority creditor's name and mailing address**

**SW Trucking LLC**
**26 Commerce Road**
**Unit Q**
**Fairfield, NJ 07004**

Date(s) debt was incurred _

Last 4 digits of account number **7949**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.324**

**Nonpriority creditor's name and mailing address**

**Sword Express LLC**
**3616 Diamond Head Drive**
**Saint Louis, MO 63125**

Date(s) debt was incurred _

Last 4 digits of account number **7467**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.325**

**Nonpriority creditor's name and mailing address**

**Tac Trans Inc.**
**2521 Thatcher Avenue**
**Apt. 2G**
**River Grove, IL 60171**

Date(s) debt was incurred _

Last 4 digits of account number **8111**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

**3.326**

**Nonpriority creditor's name and mailing address**

**Tadz Logistics Inc.**
**16204 Golf View Drive**
**Lockport, IL 60441**

Date(s) debt was incurred _

Last 4 digits of account number **8101**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.327**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|
| **Tak Trucking Inc.** | ☐ Contingent | |
| **2510 Devon Avenue** | ☐ Unliquidated | |
| **Elk Grove Village, IL 60007** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number **8045** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.328**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|
| **Tesla Cargo Solutions Inc.** | ☐ Contingent | |
| **6722 Lake Shore Drive** | ☐ Unliquidated | |
| **Apt. 4** | ☐ Disputed | |
| **Westmont, IL 60559** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number **8212** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.329**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|
| **TGL Logistics Inc.** | ☐ Contingent | |
| **2013 Cypress Court** | ☐ Unliquidated | |
| **Glendale Heights, IL 60139** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number **7892** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.330**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|
| **Thank God 4 Trucking LLC** | ☐ Contingent | |
| **211 Foley Road** | ☐ Unliquidated | |
| **Suite 1** | ☐ Disputed | |
| **Havre De Grace, MD 21078** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.331**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,950.00 |
|---|---|---|
| **THK Trucking Inc.** | ☐ Contingent | |
| **1323 North Tally Ho Drive** | ☐ Unliquidated | |
| **Addison, IL 60101** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number **7754** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.332**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,989.95 |
|---|---|---|
| **Thoroughbred Direct** | ☐ Contingent | |
| **P.O. Box 105046** | ☐ Unliquidated | |
| **Mail Code 5629** | ☐ Disputed | |
| **Atlanta, GA 30348** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.333**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 |
|---|---|---|
| **Three Plus One Corporation** | ☐ Contingent | |
| **4819 S. Throop Street** | ☐ Unliquidated | |
| **Chicago, IL 60609** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Shipping services__ | |
| Last 4 digits of account number **6504** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.334**

**Nonpriority creditor's name and mailing address**
**Thunder Logistics Inc.**
**772 N. Industrial Drive**
**Elmhurst, IL 60126**

Date(s) debt was incurred _
Last 4 digits of account number **7869**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,390.00**

---

**3.335**

**Nonpriority creditor's name and mailing address**
**Tirana Transportation Inc.**
**765 W. St. John's Place**
**Addison, IL 60101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.336**

**Nonpriority creditor's name and mailing address**
**TNM Transport Inc.**
**1298 Rogers Road**
**Lancaster, KY 40444**

Date(s) debt was incurred _
Last 4 digits of account number **8009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.337**

**Nonpriority creditor's name and mailing address**
**Tom Tran**
**10470 Cunningham Avenue**
**Westminster, CA 92683**

Date(s) debt was incurred _
Last 4 digits of account number **7561**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.338**

**Nonpriority creditor's name and mailing address**
**Top Gear Transport LLC**
**631 Red Barn Lane**
**Dayton, VA 22821**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,640.00**

---

**3.339**

**Nonpriority creditor's name and mailing address**
**Tritranz**
**P.O. Box 249**
**Oswego, IL 60543**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$20,207.20**

---

**3.340**

**Nonpriority creditor's name and mailing address**
**Tuscany Transport Corp.**
**15476 NW 77th Court #617**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _
Last 4 digits of account number **5531**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,260.00**

---

| Debtor | FILO SYSTEMS, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

U Brothers Incorporated
7718 Wildwood Court
Apt. 1S
Darien, IL 60561

Date(s) debt was incurred _
Last 4 digits of account number  **7063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

Ultimate Freight Inc.
1527 W Magnolia Blvd.
Burbank, CA 91506

Date(s) debt was incurred _
Last 4 digits of account number  **7720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

United Brother Transportation Inc.
17824 John Avenue
Country Club Hills, IL 60478

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

University Corp.
3789 Groveport Road
Columbus, OH 43207

Date(s) debt was incurred _
Last 4 digits of account number  **7933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,265.00**

Upon Inc.
2300 E. Higgins Road
Suite 206
Elk Grove Village, IL 60007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

US Expediters, Inc.
6428 Joliet Road
Suite 104
Countryside, IL 60525

Date(s) debt was incurred  **09/29/2017**
Last 4 digits of account number  **7179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$893.50**

Van Dam Egg Co Inc.
4409 38th Street
Hamilton, MI 49419

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FILO Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.348**

**Nonpriority creditor's name and mailing address**

**Via Logistics Inc.**
**7 Melshame Court**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number  **8225**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.349**

**Nonpriority creditor's name and mailing address**

**Vida Trucking Inc.**
**447 Rady Road**
**Carol Stream, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number  **6744**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.350**

**Nonpriority creditor's name and mailing address**

**Virnaz Transport Inc.**
**2912 McDufee Circle**
**North Aurora, IL 60542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.351**

**Nonpriority creditor's name and mailing address**

**Vision International Inc.**
**311 Bragg Court**
**Bartlett, IL 60103**

Date(s) debt was incurred _

Last 4 digits of account number  **8126**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.352**

**Nonpriority creditor's name and mailing address**

**VKP Line Inc.**
**1699 Wall Street**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number  **7954**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,100.00**

---

**3.353**

**Nonpriority creditor's name and mailing address**

**Vldadi Trucking Inc.**
**477 Blackhawk Drive**
**Carol Stream, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number  **7998**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.354**

**Nonpriority creditor's name and mailing address**

**VMG Transportation Inc.**
**2210 S. Goebbert Road**
**Apt. 428**
**Arlington Heights, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number  **8216**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,850.00**

---

| Debtor | FILO Systems, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**VSI Transportation Inc.**
**104 Eastview Avenue**
**Suite 2B**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **7976**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00** |
|---|---|---|---|

**Vynera Transportation Inc.**
**111 Anton Drive**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **5793**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**W Patiala Trucking LLC**
**62 White Oak Bend**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **8215**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**West Wind Express Inc.**
**5125 W Lake Street**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **7800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |
|---|---|---|---|

**Western Specialized Inc.**
**3301 3rd Avenue**
**Suite 100**
**Mankato, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **7567**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**WF Transport, LLC**
**P.O. Box 593**
**Griffith, IN 46319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/7/2017**

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **5082**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Whalen Trucking Inc.**
**301 Prairie Street**
**Waverly, IL 62692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shipping services**

Last 4 digits of account number **7773**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FILO SYSTEMS, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Wild Eagle Express Corp**
**16W455 S Frontage Road**
**Suite 208B**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **6743**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00** |
|---|---|---|---|

**Wise Line Inc.**
**2725 Thatcher Avenue**
**Suite 404**
**River Grove, IL 60171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **7450**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |
|---|---|---|---|

**Wissota Transport LLC**
**18407 67th Avenue N**
**Chippewa Falls, WI 54729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **7318**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**WLD Services Ltd.**
**406 S 23rd**
**Fairfield, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **7326**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,245.00** |
|---|---|---|---|

**Yazi Morka DBA Diji Trans**
**5938 Baltimore Street**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **8095**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**YHL Logistics**
**446 Cloverleaf Drive**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **6534**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Yulivan Carriers Inc.**
**251 Milwaukee Avenue**
**Suite 131**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Shipping services**

Last 4 digits of account number **7977**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FILO SYSTEMS, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00** |
|---|---|---|---|

**Zen-Way LLC**
**1310 Birch Road**
**Lebanon, PA 17042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Zip Solutions Inc.**
**771 Roth Road**
**French Camp, CA 95231**

Date(s) debt was incurred _

Last 4 digits of account number  **7166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Baxter, Bailey & Associates**<br>**Attn: Will Allen, Esq.**<br>**1630 Goodman Road East, Ste. 1**<br>**Southaven, MS 38671** | Line  **3.41**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **800,371.84** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **800,371.84** |

**Fill in this information to identify the case:**

Debtor name     **FILO Systems, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name      **FILO Systems, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name  **FILO Systems, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$-9,568.14** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$-87,396.03** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$-56,557.00** |
| **For the fiscal year:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$-50,212.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **FILO Systems, Inc.**                                  Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Credit Express**<br>P.O. Box 4896<br>Buffalo Grove, IL 60089 | | **$21,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Factoring company** |
| 3.2. **WEX Fleet One Factoring**<br>P.O. Box 94565<br>Cleveland, OH 44101 | | **$6,615.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Factoring company** |
| 3.3. **VERO Business Capital**<br>P.O. Box 1752<br>Memphis, TN 38101 | | **$14,525.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Factoring company** |
| 3.4. **Compass Funding Solutions**<br>P.O. Box 205154<br>Dallas, TX 75320 | | **$7,660.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Factoring company** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **FILO Systems, Inc.** | | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **FILO Systems, Inc.**                                   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Thinking Outside The Box, Inc.** **40 Shuman Blvd.** **Suite 320** **Naperville, IL 60563** | | **01/12/2017** | **$5,000.00** |
| **Email or website address** email@otblaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor     **FILO Systems, Inc.**                                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **FILO Systems, Inc.**                                     Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
- ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Mathieson, Moyski, Austin & Co., LLP**<br>**211 South Wheaton Avenue**<br>**Suite 300**<br>**Wheaton, IL 60187** | **2/22/2017, 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **FILO Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William J. Brown | 16 Chippewa Drive<br>Oswego, IL 60543 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor     **FILO Systems, Inc.**                                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 26, 2018**

**/s/ William Joseph Brown**                          **William Joseph Brown**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **8**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **FILO Systems, Inc.**                                    Case No.

                                        Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4.    ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 26, 2018**                                  **/s/ Jon Dowat**
*Date*                                              **Jon Dowat 6284536**
                                                *Signature of Attorney*
                                                **Thinking Outide the Box, Inc.**
                                                  **40 Shuman Blvd**
                                                  **Suite 320**
                                                  **Naperville, IL 60563**
                                                  **630-225-9840  Fax: 630-225-7884**
                                                  **thinkingoutside@comcast.net**
                                                  *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re __FILO Systems, Inc.__     Case No. _____

                   Debtor(s)     Chapter __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __373__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __January 26, 2018_____     **/s/ William Joseph Brown**_____

                                      **William Joseph Brown**/President
                                      Signer/Title

A C Cartage Inc.
1702 East Line Road
Searcy, AR 72143-9308


A H Royal Trucking LLC
3531 Knerr Drive
Macungie, PA 18062


A J Transport of IL Inc.
3916 Sunset Avenue
Markham, IL 60428


AAA Expedited Services LLX
9374 Remick Avenue
Arleta, CA 91331


AB Lines Inc.
2021 Vanderbilt Court
Naperville, IL 60565


AC Express Inc.
1146 Harbor Ct.
Glendale Heights, IL 60139


Accurate Transcportation Inc.
1655 Eastgate Parkway
Gahanna, OH 43230


Act-On
121 SW Morrison St.
Suite 1600
Portland, OR 97204


Advance Trucking Solutions Inc.
1216 Cardiff Blvd.
Mississauga, Ontario
Canada


Advanced Logistix Corp
4705 N Sonora Avenue
Suite 112A
Fresno, CA 93722

AGA- Express LLC
6874 Lansing Road
Charlotte, MI 48813


Agape Trucking RVT, LLC
1592 E 236th St
Arcadia, IN 46030


Alan V Smith and Jane E Smith
N2249 490th St.
Maiden Rock, WI 54750


All State Enterprise Inc.
1051 E Main Street
Suite 105
Dundee, IL 60118


All State Enterprise Inc.
1051 E Main Street
Suite 105
Dundee, IL 60118


Always Reliable Transport LLC
386 Chicopee Street
Chicopee, MA 01013


Always There Express Corporation
20W538 Elizabeth Drive
Downers Grove, IL 60516


AM Trans Expedite Inc.
710 W. Belden Avenue
Suite B
Addison, IL 60101


Ameri Transport Inc.
438 Oask Street
Des Plaines, IL 60016


American Express
P.O. Box 0001
Los Angeles, CA 90096

American Singh Transportation LLC
7882 Americana Circle
Apt. #103
Glen Burnie, MD 21060


American United Carrier Inc.
1871 Fox Run Drive #B
Elk Grove Village, IL 60007


AMG Freight LLC
3167 Cleveland Avenue
Columbus, OH 43224


Amina Trans LLC
52 Merrick St.
West Springfield, MA 01089


Arax Logistics, Inc.
12439 Magnolia Blvd.
Unit 171
Valley Village, CA 91607


Arm Mex Trans Inc.
2629 Townsgate Road
Suite 235
Westlake Village, CA 91361


Ava Transportation Group Inc.
1704 Chalmette Court
Naperville, IL 60565


B&P Trucking Inc.
12980 Michigan Road
Plymouth, IN 46563


Baenen Dairy LLC
4527 Champion Road
New Franken, WI 54229


Baxter, Bailey & Associates
Attn: Will Allen, Esq.
1630 Goodman Road East, Ste. 1
Southaven, MS 38671

Baylor Trucking Inc
9269 E State Road 48
Milan, IN 47031


Best Truck Line Inc.
611 Sycamore Lane
Wheeling, IL 60090


BH Trans Inc
1425 West Ray Street
Indianapolis, IN 46221


BIg A Logistics LLC
527 West Montgomery Avenue
Rockville, MD 20850


Bing Logistics Inc
401 N Baltimore Avenue
Apt. S
Monterey Park, CA 91754


Black Lion Transport Corp
547 N Front Street
Reading, PA 19601


Blast Transport Inc.
296 N. Addison Road
Wood Dale, IL 60191


Blue Ice Logistics Inc
1851 Haaz Way
Oxnard, CA 93030


BMS Trucking LLC
453 Vista Drive
Easton, PA 18042


BNT Transport LLC
5270 Victoria Lane 103
North Olmsted, OH 44070


Bohren Logistics
325 N Taylor Road
Garrett, IN 46738

Bongo Express
4217 Gold Ridge Way
Antelope, CA 95842


Booker Transportation Services LLC
2495 Clover Field Drive
Herndon, VA 20171


Buckeye Bros LLC
17630 S. Waterloo Road
Cleveland, OH 44119


Capital One
P.O. Box 742138
Carol Stream, IL 60197


Cargo Solution Express Inc.
14587 Valley Blvd
Fontana, CA 92335


Cargo Speed Corp
8416 98 Street
Woodhaven, NY 11421


Cargotrans International Corp
143 Beeline Drive
Bensenville, IL 60106


Carolina Transportation Inc
120 Dogwood Road
Suite C
Candler, NC 28715


Carrier Management Inc.
869 Trace Drive 204
Buffalo Grove, IL 60089


Cathay Logistics LLC
218 Machlin Ct.
Walnut, CA 91789


CDN Logistics Inc.
317 W Lake Street
Northlake, IL 60164

Chase Bank
PO Box 15123
Wilmington, DE 19850


CHP Global Inc.
1112 W. Boughton Road
Unit 255
Bolingbrook, IL 60440


CINTAS
P.O. Box 88005
Chicago, IL 60680


Circle Logistics Inc.
4808 Kroemer Road
Suite 204
Fort Wayne, IN 46818


CNA Freight LLC
1130 Van Buren Blvd. 364
Riverside, CA 92504


Complete Trucking Inc.
4206 Shirley Lane
Alsip, IL 60803


Comrade Transport Inc
7007 SE 385th Ct.
Washougal, WA 98671


Continental Logistics Services Inc.
9550 W. Sergo Drive
Suite 104
McCook, IL 60525


Contran Services LLC
8506 Potts Lane
Seaford, DE 19973


Convoy Inc
5503 W 47th St
Forest View, IL 60638

Coram Logistic Inc.
6918 Trinity Place
Rancho Cucamonga, CA 91701


Cross Nation Trans
7710 Limonite Avenue
Suite E
Riverside, CA 92509


Crystal Way Inc.
324 S. Budler Road
Romeoville, IL 60446


CTC Group Corp
14007 S Bell Road 227
Homer Glen, IL 60491


CTS Transit Inc
575 Tollgate Road
Suite A
Elgin, IL 60123


D O C Transportation Inc.
14641 Whit Tram Ave.
Fontana, CA 92335


DAB Trucking Services Company
1407 Caton Farm Rd
Lockport, IL 60441


Dandridge Truck Lines Inc
11205 Lebanon Road
Unit 388
Mount Juliet, TN 37122


Dave Auerbach LLC
125 Castle Road
Secaucus, NJ 07094


Day and Night Express Inc
10085 Mosteller Lane
West Chester, OH 45069

DDD Transportation LLC
129 West Dudleytown Road
Bloomfield, CT 06002


DDM Logistics, Inc.
155 Stirling Lane
Schaumburg, IL 60194


DDM Logistics, Inc.
155 Stirling Lane
Schaumburg, IL 60194


DDM Logistics, Inc.
155 Stirling Lane
Schaumburg, IL 60194


DDM Logistics, Inc.
155 Stirling Lane
Schaumburg, IL 60194


Delight Trucking LLC
4130 E Saxony Drive SE
Grand Rapids, MI 49508


Delta Freight Inc.
8631 W. Summerdale Avenue
Apt. 3
Chicago, IL 60656


Delta Logistics Inc
9835 SW Commerce Circle
Wilsonville, OR 97070


Desi Boys Trans Inc.
1714 Bennigan Drive
Hilliard, OH 43026


Dhillon Express Inc.
8201 Rebekah Ct.
Sacramento, CA 95829


Dimaslogistic Inc.
1298 Cranbrook Drive
Schaumburg, IL 60193

Direct Transport Solutions Inc.
11500 North Rodney Parham Road
Suit 15
Little Rock, AR 72212


Discount Movers, Inc.
2996 Manchester Road
Manchester, MD 21102


DMA Services Inc.
309 Hopi Ct.
Carol Stream, IL 60188


DMN Transport Inc.
436 W 75th Street
Downers Grove, IL 60516


Doaba Logistics LLC
3759 Pleasantbrook Drive
Hilliard, OH 43026


Dondodi Trucking LLC
2816 Morris Avenue
Suite 10
Union, NJ 07083


Dun & Bradstreet
P.O. Box 742138
Los Angeles, CA 90074-2138


E and L Express Inc.
1844 E Walnut Street
Suite A
Pasadena, CA 91107


Eagle GC Inc.
5201 West Woodmill Drive
Wilmington, DE 19808


Eastern Consolidation/Distribution
405 Sterling Street
Camp Hill, PA 17011

EH Trucking LLC
2740 Sand Springs
Saint Louis, MO 63129


Eli Express LLC
515 River Street
Newport, TN 37821


Elite Refrigerated Express Inc
11976 Autumn Wind Lane
Victorville, CA 92392


ERO Business Capital
813 Ridge Lake Boulevard
Memphis, TN 38120


ESO Trucking LLC
5425 Pride Mountain Street
North Las Vegas, NV 89031


Estevez Trucking LLC
31 Milano Ct.
South Hackensack, NJ 07606


Eva Logitics Inc.
10430 Mansfield Avenue
Unit 5E
Oak Lawn, IL 60453


Evans Delivery Company Inc.
100-110 W. Columbia St.
Schuylkill Haven, PA 17972


Everest Transport, Inc.
506 S. Jefferson St.
Ossian, IN 46777


F5 Express Inc.
747 E. Boughton Road 274
Bolingbrook, IL 60440


Falcon Transportation LLC
56 Parson Street
Presque Isle, ME 04769

Fast Lane Transit Inc.
4250 Pennsylvania Avenue
Suite 101
La Crescenta, CA 91214


Faze II Ltd.
1236 Capitol Drive
Addison, IL 60101


FBM Express Inc.
2260 Landmeier Road
Suite B
Elk Grove Village, IL 60007


First Carrier, Inc.
1471 Meadowsedge Lane
Carpentersville, IL 60110


First Class Carriers, Inc.
430 Randy Road
Carol Stream, IL 60188


Five Mountains Transport, Inc.
841 Belmar Lane
Buffalo Grove, IL 60089


Fleet Quest Logistics LLC
3056 Eastern Avenue SE
Grand Rapids, MI 49548


Floyd Inc.
4343 Old Grand Avenue
Suite 106
Gurnee, IL 60031


Freedom Lines Transportation Inc.
2939 North 72nd Ct.
Elmwood Park, IL 60707


Freight Logistics LLC
2311 Pimmit Drive #317
Falls Church, VA 22043

FreightLinx LLC
10 Folkstone Ct.
North Brunswick, NJ 08902


Frimps Trucking LLC
627 Bentgrass Drive
Aberdeen, MD 21001


G&C Transportation Inc.
6816 Cleveland Bay Court
Corona, CA 92880


G&Y Transportation LLC
1944 Hemlock Road
Lancaster, PA 17603


Galvan Boyz Trucking LLC
5551 8th Street
Montclair, CA 91763


Geejo Transport LLC
213 S. 8th Avenue
Highland Park, NJ 08904


Gill Trucking Inc.
8317 W. 142nd Terrace
Overland Park, KS 66223


Global Enterprises & Logistics Inc.
18851 NE 29th Avnue
Suite 700
Aventura, FL 33180


GLS Group LLC
717 Terry Lane
Countryside, IL 60525


Gold Star Carriers, Inc.
180 S. Western Avenue
Rte. 31 #276
Carpentersville, IL 60110


Good Source Trucking, Inc.
300 S. Dee Road, Apt. 1F
Park Ridge, IL 60068

Gordon Corp
51 Sherwood Terrance
Unit X
Lake Bluff, IL 60044


GS Express Inc.
37 Shepard
Irvine, CA 92618


GSV Transportation Inc.
1380 W. Mission Blvd.
Ontario
Canada


GTS Transportation Corporation
671 Executive Drive
Willowbrook, IL 60527


Gulfstream Logistics Inc.
8048 W. Charmaine Road
Norridge, IL 60706


H&L Delivery LLC
302 Drake Lane
Garland, TX 75043


Harman Trucking
2330 Duband Avenue Villa
Apt. 10D
Bloomsburg, PA 17815


HB Keep Trucking LLC
2368 Seamon Avenue
Apt. 1
Brooklyn, MD 21225


Henz Transport Group Inc.
2600 S. 25th Avenue
Suite S
Broadview, IL 60155


HH Trucking LLC
514 Victory Avenue
Phillipsburg, NJ 08865

Highland Dallas Freight Inc.
201 Planters Road #11C
Sunnyvale, TX 75182


HM Lally Inc
4026 Sutton Ct.
Carpentersville, IL 60110


Hoosier Freight anf Warehouse LLC
801 S. Emerson Avenue
Indianapolis, IN 46203


Hoy Trucking LLC
3179 Barrows Avenue
Bussey, IA 50044


Hub Systems, Inc.
5240 W 47th Street
Office 3, 4
Chicago, IL 60638


Hudson Insurance Company
1035 Greenwood Blvd.
Suite 265
Lake Mary, FL 32746


I&H LLC
727 Blackhorse Trail
Severn, MD 21144


Ideality Inc.
18 S. Schoenbeck Road
Wheeling, IL 60090


IDS Express Inc.
22 Troy Lane
Lincoln Park, NJ 07035


Interland Inc.
11103 Vista Drive
La Grange, IL 60525


IQ Trucking LLC
1303 Park Avenue
South Milwaukee, WI 53172

IRR Express Corp.
33 Hemlock Drive
Port Reading, NJ 07064


ITDS Inc.
1745 Dreman Street
Cincinnati, OH 45223


J Anthony Express Inc.
55 Industrial Way
Seekonk, MA 02771


J O B Transport Inc.
2840 N. Peoria Road
Apt. 49
Springfield, IL 62791


JAG Truck Lines Inc.
8741 Cottonwood Lane
Stockton, CA 95210


James Boone Trucking Inc.
32585 US Highway 90
Seminole, AL 36574


James is Trucking LLC
11576 Cedar Grove Road
Marion, IL 62959


James Transportation LLC
17 Edwards Way
Bloomfield, CT 06002


Jarrod Eldridge
3701 North 22nd Street
Harrisburg, PA 17110


Jatinder Singh
10412 SE 186th Place
Renton, WA 98055


JBR Express LLC
189 Becknell Drive
Roebuck, SC 29376

JD Logistics Trucking Inc.
W226 N825 Eastmound Drive
Unit B
Waukesha, WI 53186


JF Freight Express Inc.
302 S. Hicks Road
Palatine, IL 60067


JM Express Inc.
1971 Via Tranquilo
Rowland Heights, CA 91748


JNS Trucking Inc.
24 Delano Drive
Chambersburg, PA 17202


Jose Jesus Sanchez
4633 Doddd Street
Mira Loma, CA 91752


JP Freight Inc.
4910 N. Odell Avenue
Harwood Heights, IL 60706


JW9 Enterprise Inc.
423 Harvard Lane
Bartlett, IL 60103


Kabs Express Inc.
3570 Blendon Bend Way
Columbus, OH 43231


Karan Transport Inc.
43908 Loganwood Ct.
Ashburn, VA 20147


KC Logistics Company
24829 Woodland Run Place
Aldie, VA 20105


KC Trucking LLC
9604 Wickstead Court
Perry Hall, MD 21128

Kenan Services LLC
900 Garden Tree Road
Chesapeake, VA 23322


Keystone Lines
336 West US HWY 30
Suite 201
Valparaiso, IN 46385


KGI Group Inc.
1205N. Milwaukee Avenue
Suite 211
Glenview, IL 60025


Kings Eagle Inc.
6345 Joliet Road
Suite 204
La Grange, IL 60525


Kit Logistics Inc.
4028 Tugwell Street
Franklin Park, IL 60131


Kleinschmidt Inc.
P.O. Box 7158
Deerfield, IL 60015


Knight Riders Trans LLC
7178 Claybeck Drive
Dayton, OH 45424


KNM Express Inc.
1445 W. Touhy Avenue
Unit 6B
Park Ridge, IL 60068


Kuehl Trucking LLC
12961 40th Avenue
Chippewa Falls, WI 54729


KZ Inc.
306 S. Halsted Street #4N
Chicago, IL 60661

L&G Trucking Inc.
638 N 10th Street
Allentown, PA 18102


Last Chance Transport LLC
10913 Alder Avenue
Bloomington, CA 92316


Lawrence Transportation Company
1515 Industrial Drive NW
Rochester, MN 55901


Lechuga Transport Inc.
3610 North Shadin Circle
San Bernardino, CA 92407


Lida Express Inc.
2050 N Broadway Street
Unit L
Crest Hill, IL 60403


Link Logistics Incorporated
12 Meadow Trail West
DeKalb, IL 60115


Losev Trucking LLC
167 Cherry Street
Suite 416
Milford, CT 06460


LRD Transport LLC
13498 Port Drive
Laredo, TX 78045


Lucky Transport LLC
32 Charlotte Street
Carteret, NJ 07008


Lucky Way Express Inc.
6653W Belmont Avenue
Unit 1S
Chicago, IL 60634

Lucky World Inc.
2075 Colonial Road
Aurora, IL 60503


Lumar Express Inc.
1526 Summit Drive
Laredo, TX 78045


M A M Trucking Services Inc.
5079 NW 159 St
Miami Lakes, FL 33014


M&M Trans Inc.
237 River Park North Drive
Woodstock, GA 30188


M1 Transport Inc.
5118 Sunburst Way
Apt. 204
Mason, OH 45040


M3 Delivery Inc.
244 Miner Street
Bensenville, IL 60106


Magreta Trucking Inc.
9171 Del Prado
Apt. 2E
Palos Hills, IL 60465


Mags Trucking Inc.
2610 Highway 367 South
Cabot, AR 72023


Malwa Transport Ltd.
235 Applewood Avenue
Bloomingdale, IL 60108


Manke Trucking Inc.
777 W Second Street
Pomona, CA 91766


Margen Trucking
1037 W. 130th St.
Cudahy, CA 90201

Mario's Trucking Services Inc.
500 Eastern Avenue
Bensenville, IL 60106

Martyn Express Inc.
16557
W. Oneida Drive
Lockport, IL 60441

Marvin Keller Trucking Inc.
1500 West Pointe Way
Sullivan, IL 61951

Mawuli Logistics LLC
12 Redwood Court
Newark, DE 19711

MDS Trucking V Inc.
777 S. Rohlwing Road
Addison, IL 60101

Medallion Transport & Logistics LLC
701 East Gate Dr.
Suite 302
Mount Laurel, NJ 08054

Medallion Trucking LLC
6083 Dexter Street
Romulus, MI 48174

Meiborg Brothers Inc.
3814 11th Street
Rockford, IL 61109

MGM Transport LLC
2258 W. Vista Bella Drive
Oak Creek, WI 53154

MGR Freight Systems Inc.
500 West Plainfield Road
Countryside, IL 60525

Michael Hal Transport LLC
1308 Rabbit Ridge
Cedar Hill, TX 75104

Mid State Systems Inc.
9455 Lancaster Road
Hebron, OH 43025


Midwest Freight Express Inc.
1500 Midway Court
Suite W11
Elk Grove Village, IL 60007


Mikhail Trucking LLC
3503 E Desmet Avenue
Spokane, WA 99202


Milestone Transportation LLC
42 Peppermint Drive
Lumberton, NJ 08048


Millenium Group Inc.
7930 Whitcomb Street
Suite A
Merrillville, IN 46410


MMT Transport Inc.
2250 Landmeier Road
Suite C
Elk Grove Village, IL 60007


Mo Trucking Inc.
21 Picone Blvd.
Farmingdale, NY 11735


Money Transportation Inc.
2325 Ferdinand Lane
Montgomery, IL 60538


Morgan Express Inc.
P.O. Box 16
Elwin, IL 62532


Morina International Inc.
779 N 9th Avenue
Addison, IL 60101

MS US Inc.
2300 E Higgins Road 201
Elk Grove Village, IL 60007


MSD Express Inc.
1452 Eagle Court
Glendale Heights, IL 60139


Mustang Express LLC
811 West Coliseum Blvd.
Fort Wayne, IN 46808


Mutersbaugh Trucking Inc.
2425 Nan Street
Aurora, IL 60502


Mutersbaugh Trucking Inc.
2425 Nan Street
Aurora, IL 60502


Nagi Group Inc.
5905 Edelle Drive
Indianapolis, IN 46237


Namanagh Inc.
130 Century Court
Apt. 01
Schaumburg, IL 60193


National Cargo Carrier LLC
8020 Bushclover Drive
Tipp City, OH 45371


NFAG Transportation LLC
5962 Zebulon Road
Suite 331
Macon, GA 31210


NLN Trucking LLC
1053 Hillen Street
Suite 2
Baltimore, MD 21202

North American Transportation
590 Muskegan Court
Vernon Hills, IL 60061


Northern Express LLC
303 Allen Springs Road
Alvaton, KY 42122


NSP Transportation Inc
1917 Town Drive
Naperville, IL 60565


NVK Logistics Inc.
3036 Orange Grove Avenue
North Highlands, CA 95660


Olawale Adegbenro
5939 W Friendly Avenue
Apt. 62C
Greensboro, NC 27410


OSTT Inc.
2932 Burr Street
Gary, IN 46406


Outsource Solutions Group
1730 Park St
Naperville, IL 60563


Pacific Western Transportation Inc.
19069 Van Buren Blvd.
Suite 114 336
Riverside, CA 92508


Padda Bros LLC
312 Bloomfield Drive
Lititz, PA 17543


Paris Freight Inc.
2300 E Higgins Road
Suite 316
Elk Grove Village, IL 60007

Paris Transport Inc.
500 West Monroe Street
Paris, IL 61944


Parwinder Pal Singh
1398 Jenner Drive
Merced, CA 95348


Patriot Carriers Inc.
641 Jack Enders Blvd.
Berryville, VA 22611


Patriot Transport Inc.
450 Kehoe Blvd.
Carol Stream, IL 60188


Perry G Carbaugh Inc.
6945 Rock Hill Road
Waynesboro, PA 17268


Phelps Farms Inc.
11561 State Route 4
Milford Center, OH 43045


PJ Trans Inc.
1475 Circle Ct.
Elk Grove Village, IL 60007


Platinum Express Inc.
1728 Vintage Court
Yuba City, CA 95993


PM Global Inc.
469 W Huron Street
Apt. 1813
Chicago, IL 60654


PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230


PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

Pocono Motor Freight Inc.
522 Memorial Blvd.
Rt. 611
Tobyhanna, PA 18466


Powar Bros Transport LLC
9820 S. 242nd Pl.
Kent, WA 98030


Priority-1 Inc.
1800 East Roosevelt
Little Rock, AR 72206


Pro Cargo Express Inc.
1846 N Springfield Avenue
Chicago, IL 60647


Pro Trans Group LLC
2314 Route 59
Unit 177
Plainfield, IL 60586


Progress Freight LLC
380 E. Northwest Hwy
Suite 250
Des Plaines, IL 60016


Propel Trucking Inc.
3305 East Main Street
Russellville, AR 72802


Pruehs & Associates
1754 N Washington St
Naperville, IL 60563


PYH Express Inc.
1024 Montego Bay Court
Romeoville, IL 60446


QTC Trucking LLC
841 Lincoln Avenue
Summerville, SC 29485

Quebec Inc.
499 Montee des Sloans
Sherrington PQ J0L 2N0
Canada


Quick Delivery Service Inc.
632 Pratt Avenue North
Schaumburg, IL 60193


R Lara Trucking Inc.
5731 S. Troy Street
Chicago, IL 60629


Rainbow Way Trucking Inc.
303 N New Avenue
Apt. C
Monterey Park, CA 91755


Rajinder Kaur
3401 Etiwanda Avenue
821A
Mira Loma, CA 91752


Ralph E. Steiner
N16209 Bruce Mound Avenue
Thorp, WI 54771


Rapid Transportation Services Inc.
39 Pulaski Road
Calumet City, IL 60409


RCX Solutions Inc.
11701 Interstate 30
Suite 300
Little Rock, AR 72209


Real Transport Inc.
2030 S. State Street
Suite 2004
Chicago, IL 60616


Redline Trucking
620 Rodeo Lane
Bowling Green, KY 42101

Republix Motor Lines Inc.
13007 Crossroads Pwy South
City of Industry, CA 91746


Richard McNay Inc.
700 N 2nd Street
Quincy, IL 62301


Ristic Trucking Inc.
200 E. Howard Avenue
Suite 296
Des Plaines, IL 60018


Road Kings Inc.
9511 Sunrise Blvd. J19
North Royalton, OH 44133


ROC Enterprises Corp
550 Techno Lane
Apt. 115
Memphis, TN 38105


Rokas Company
13720 Trafalgar Court
Orland Park, IL 60462


ROM Trans Inc.
300 Elruth Court
Suite 107
Girard, OH 44420


Roman Medina Trucking LLC
14751 Gatwick Sq.
Centreville, VA 20120


Ronald Dabler Trucking LLC
215 Pheasant Ridge Circle
Lancaster, PA 17603


Rosava Group Inc.
P.O. Box 2488
Melrose Park, IL 60164

Route 66 Logistics Inc.
1749 Golf Road
Suite 311
Mount Prospect, IL 60056


Roxmel Trucking Company Inc.
617 Tuckahoe Creek Court
Annapolis, MD 21401


RP Trucking LLC
654 New Center Road
Hartselle, AL 35640


RRK Trucking Inc.
12877 Clemson Drive
Corona, CA 92880


RTS Express Inc.
870 Winesap
Apt. 302
Prospect Heights, IL 60070


RVR Transportation Inc.
1650 Carmen Drive
Elk Grove Village, IL 60007


Ryan Logistics Inc.
711 Clymer Road
Marysville, OH 43040


Ryder Integrated Logistics Inc.
11690 NW 105 Street
Miami, FL 33178-1103


S&A Express LLC
1701 W. 143rd Street
Apt. 317
Burnsville, MN 55306


S&M Professional Trucking Service
243 N Duke Street #2
Lancaster, PA 17602

Sahra Logistics Inc
2551 Wild Springs Court
Decatur, GA 30034


Savannah Trucking LLC
1379 Saxony Square
Stone Mountain, GA 30083


SDR Trucking LLC
P.O. Box 753608
Memphis, TN 38175


Seagate Freight LLC
1711 Briercroft Court
Suite 140
Carrollton, TX 75006


Seymon Trucking Inc.
1030 Sargon Place
Turlock, CA 95382


SG Trucking Inc.
3855 Kiefer Avenue
Warren, MI 48091


Shama Express LLC
1014 Commerce Drive
Grafton, OH 44044


Shamrock Trucking LLC
1996 B Stout Drive
Warwick, PA 18974


Shawn Rosenberger Incorporated
785 Race Track Road
Abbottstown, PA 17301


Sierra Carriers LLC
1029 Delaware Drive
Carrollton, TX 75010


Sims Freightlines Inc.
3683 Baldwin Street
Portage, IN 46368

Sinar Ivan Flores
13185 Bryson Street
Arleta, CA 91331


Sky Express Enterprises Inc
5947 S. Rockwell Street
Chicago, IL 60629


Skyline Trucking LLC
12738 Hampton Club Drive
Unit 310
North Royalton, OH 44133


Sloop Inc.
3475 S. Cicero Avenue
Cicero, IL 60804


Smedema Trucking Inc.
102 Karavan Drive
Fox Lake, WI 53933


Solco Inc.
35 Pine Tree Road
Northbrook, IL 60062


Sopel Transportation Inc.
263 S. Clubhouse Drive
Unit 403
Palatine, IL 60074


Southwest Marine and Gen. Ins. Co.
412 Mt. Kemble Avenue
Suite 300C
Morristown, NJ 07960


Speedy Express Co Inc.
6372 Marshall Avenue
Buena Park, CA 90621


Splendid LLC
1415 E. Dublin Granville Road
Suite 217
Columbus, OH 43229

Sprinter Services Inc.
2900 Dixie Avenue SW
Grand Rapids, MI 49418


St. Charlie Transport Inc.
2613 Indiana Avenue
Lansing, IL 60438


Star Freight LLC
2803 Boilermaker Court
Suite 1A
Valparaiso, IN 46383


Star Trucking LLC
W204 S8290 Pasadena Drive
Muskego, WI 53150


Star2Star Communication
Debt CH 16873
Palatine, IL 60055


Stela Express Inc.
12137 Rhea Drive
Suite B
Plainfield, IL 60585


Stronghaul Inc.
310 Busse Hwy
Unit 358
Park Ridge, IL 60068


Sullivan, Hincks & Conway
120 West 22nd Street
Suite 100
Oak Brook, IL 60523


Sunset Pacific Transportation Inc.
13875 Norton Avenue
Chino, CA 91710


Super Sonic Solution LLC
6640 Pearl Road
Apt. 601
Cleveland, OH 44130

SUV Trucking Company
5255 Chadbourne Drive
Sterling Heights, MI 48310


SW Trucking LLC
26 Commerce Road
Unit Q
Fairfield, NJ 07004


Sword Express LLC
3616 Diamond Head Drive
Saint Louis, MO 63125


Tac Trans Inc.
2521 Thatcher Avenue
Apt. 2G
River Grove, IL 60171


Tadz Logistics Inc.
16204 Golf View Drive
Lockport, IL 60441


Tak Trucking Inc.
2510 Devon Avenue
Elk Grove Village, IL 60007


Tesla Cargo Solutions Inc.
6722 Lake Shore Drive
Apt. 4
Westmont, IL 60559


TGL Logistics Inc.
2013 Cypress Court
Glendale Heights, IL 60139


Thank God 4 Trucking LLC
211 Foley Road
Suite 1
Havre De Grace, MD 21078


THK Trucking Inc.
1323 North Tally Ho Drive
Addison, IL 60101

Thoroughbread Direct
P.O. Box 105046
Mail Code 5629
Atlanta, GA 30348

Three Plus One Corporation
4819 S. Throop Street
Chicago, IL 60609

Thunder Logistics Inc.
772 N. Industrial Drive
Elmhurst, IL 60126

Tirana Transportation Inc.
765 W. St. John's Place
Addison, IL 60101

TNM Transport Inc.
1298 Rogers Road
Lancaster, KY 40444

Tom Tran
10470 Cunningham Avenue
Westminster, CA 92683

Top Gear Transport LLC
631 Red Barn Lane
Dayton, VA 22821

Tritranz
P.O. Box 249
Oswego, IL 60543

Tuscany Transport Corp.
15476 NW 77th Court #617
Miami Lakes, FL 33016

U Brothers Incorporated
7718 Wildwood Court
Apt. 1S
Darien, IL 60561

Ultimate Freight Inc.
1527 W Magnolia Blvd.
Burbank, CA 91506

United Brother Transportation Inc.
17824 John Avenue
Country Club Hills, IL 60478


University Corp.
3789 Groveport Road
Columbus, OH 43207


Upon Inc.
2300 E. Higgins Road
Suite 206
Elk Grove Village, IL 60007


US Expediters, Inc.
6428 Joliet Road
Suite 104
Countryside, IL 60525


Van Dam Egg Co Inc.
4409 38th Street
Hamilton, MI 49419


Via Logistics Inc.
7 Melshame Court
Lemont, IL 60439


Vida Trucking Inc.
447 Rady Road
Carol Stream, IL 60188


Virnaz Transport Inc.
2912 McDufee Circle
North Aurora, IL 60542


Vision International Inc.
311 Bragg Court
Bartlett, IL 60103


VKP Line Inc.
1699 Wall Street
Mount Prospect, IL 60056


Vldadi Trucking Inc.
477 Blackhawk Drive
Carol Stream, IL 60188

VMG Transportation Inc.
2210 S. Goebbert Road
Apt. 428
Arlington Heights, IL 60005


VSI Transportation Inc.
104 Eastview Avenue
Suite 2B
Bensenville, IL 60106


Vynera Transportation Inc.
111 Anton Drive
Romeoville, IL 60446


W Patiala Trucking LLC
62 White Oak Bend
Rochester, NY 14624


West Suburban Bank
711 S. Meyers Road
Lombard, IL 60148


West Suburban Bank
711 S. Meyers Road
Lombard, IL 60148


West Wind Express Inc.
5125 W Lake Street
Arlington Heights, IL 60004


Western Specialized Inc.
3301 3rd Avenue
Suite 100
Mankato, MN 56001


WF Transport, LLC
P.O. Box 593
Griffith, IN 46319


Whalen Trucking Inc.
301 Prairie Street
Waverly, IL 62692

Wild Eagle Express Corp
16W455 S Frontage Road
Suite 208B
Burr Ridge, IL 60527


Wise Line Inc.
2725 Thatcher Avenue
Suite 404
River Grove, IL 60171


Wissota Transport LLC
18407 67th Avenue N
Chippewa Falls, WI 54729


WLD Services Ltd.
406 S 23rd
Fairfield, IA 52556


Yazi Morka DBA Diji Trans
5938 Baltimore Street
Gwynn Oak, MD 21207


YHL Logistics
446 Cloverleaf Drive
Baldwin Park, CA 91706


Yulivan Carriers Inc.
251 Milwaukee Avenue
Suite 131
Buffalo Grove, IL 60089


Zen-Way LLC
1310 Birch Road
Lebanon, PA 17042


Zip Solutions Inc.
771 Roth Road
French Camp, CA 95231

# United States Bankruptcy Court
### Northern District of Illinois

In re   **FILO Systems, Inc.** _____   Case No. _____

Debtor(s)                            Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FILO Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**William Brown**
**16 Chipewa**
**Oswego, IL 60543**

☐ None [*Check if applicable*]

**January 26, 2018** _____     **/s/ Jon Dowat** _____

Date                                             **Jon Dowat 6284536**

                                                 Signature of Attorney or Litigant

                                                 Counsel for   **FILO Systems, Inc.**
                                                 **Thinking Outide the Box, Inc.**
                                                 **40 Shuman Blvd**
                                                 **Suite 320**
                                                 **Naperville, IL 60563**
                                                 **630-225-9840 Fax:630-225-7884**
                                                 **thinkingoutside@comcast.net**